**Appeal Dismissed and Memorandum Opinion filed February 7, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00850-CV

## BASMATTIE LISA ABRAHAM, Appellant

## V.

## BIBI SHAFIEK, Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251899**

## MEMORANDUM OPINION

This is an appeal from an order signed September 22, 2022. The notice of appeal was filed November 16, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 10, 2023, this court ordered appellant to pay the appellate filing fee on or before January 20, 2023, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.